1 | DANIEL W. BALLESTEROS - BAR# 142003
dwb@hogefenton.com
2 | ALISON BUCHANAN – BAR# 215710
apb@hogefenton.com
3 | LISA L. GORECKI – BAR# 262984
llg@hogefenton.com
4 | HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
5 | San Jose, California 95113-2396
Phone: (408) 287-9501
6 | Fax: (408) 287-2583

7 | Attorneys for Defendants, LEADER BULSO & NOLAN, PLC and EUGENE N. "GINO" BULSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SAN FRANCISCO RESIDENCE CLUB, INC., THOMAS O'SHEA and ANNE O'SHEA, as Trustees of the Trust of Thomas and Anne O'Shea, KATE LARKIN DONAHUE, THOMAS O'SHEA, individually, TAK TECH POINT, LLC, KKA CAS, LCC, and GRANDVIEW CREDIT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LEADER BULSO & NOLAN, PLC, EUGENE N. "GINO" BULSO, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:13-cv-00844-EMC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS FOR LACK OF JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER FOR IMPROPER VENUE, OR IN THE ALTERNATIVE TO TRANSFER FOR CONVENIENCE** |

Defendants, LEADER BULSO & NOLAN, PLC and EUGENE N. "GINO" BULSO, at the request of counsel for Plaintiffs, SAN FRANCISCO RESIDENCE CLUB, INC., THOMAS O'SHEA and ANNE O'SHEA, as Trustees of the Trust of Thomas and Anne O'Shea, KATE LARKIN DONAHUE, THOMAS O'SHEA, individually, TAK TECH POINT, LLC, KKA CAS, LCC, and GRANDVIEW CREDIT, LLC, agree to postpone the hearing and response deadlines on Defendants' Motion to Dismiss for Lack of Jurisdiction and Improper

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS OR TRANSFER

1  Venue, or in the Alternative to Transfer for Improper Venue, or in the alternative to Transfer
2  for Convenience currently set for April 18, 2013 at 1:30 P.M. in Courtroom 5 of this Court.
3      IT IS HEREBY STIPULATED by and between the parties hereto through their
4  respective attorneys of record that the hearing on Defendants' Motion to Dismiss for Lack
5  of Jurisdiction and Improper Venue, or in the Alternative to Transfer for Improper Venue, or
6  in the alternative to Transfer for Convenience is moved to May 9, 2013 at 1:30 P.M. in
7  Courtroom 5 of this Court.  It is further stipulated that the responses are now due by April
8  9, 2013 and the replies are due by April 16, 2013.

9  DATED: _____

10      HOGE, FENTON, JONES & APPEL, INC.

12  By /s/ Daniel Ballesteros
       Daniel W. Ballesteros
13     Attorneys for Defendants

14  DATED: _____

16  By /s/ Michael Brook
       Michael J.M. Brook
17     Attorney for Plaintiffs

19      IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss for
20  Lack of Jurisdiction and Improper Venue, or in the Alternative to Transfer for Improper
21  Venue, or in the alternative to Transfer for Convenience is moved to May 9, 2013 at 1:30
22  P.M. in Courtroom 5 of this Court.  The responses are due by April 9, 2013 and the replies
23  due by April 16, 2013.

**IT IS SO ORDERED.**

25  DATED:   3/11/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]